STATE of Missouri, ex rel. MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION, Plaintiff/Appellant,

v.

E.M. HARRIS BUILDING CO., et al., Defendants/Respondents.

No. 71589.

Missouri Court of Appeals, Eastern District, Division Two.

June 29, 1999.

---

Laura A. Schildz, Philip E. Morgan, Jr., Rich Tiemeyer, Chesterfield, for appellant.

Steven W. Koslovsky, Jefferson City, John W. Moticka, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

The Missouri Highway and Transportation Commission appeals the judgment entered in favor of E.M. Harris Building Company et al. in a condemnation action. We have carefully reviewed the briefs of the parties and the record on appeal and find no error of law which would warrant a new trial. An extended opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their use only, explaining the reasons for our decision.

The judgment is affirmed pursuant to Rule 84.16(b).